IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARIEL FISCHER**                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 3:20-CV-00087-BSM**

**GARY EDWARD HUNT,** *et al.*                                                           **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 67], this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

                                                                                                   _____
                                                                                                   UNITED STATES DISTRICT JUDGE