IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARIEL FISCHER**                                              **PLAINTIFF**

v.                    **CASE NO. 3:20-CV-00087-BSM**

**GARY EDWARD HUNT,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE